Zia F. Modabber (SBN 137388)
zia.modabber@kattenlaw.com
Gloria C. Franke (SBN 246390)
gloria.franke@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:   310.788.4471

Attorneys for Defendant SOLARWINDS, INC.

Tania Rose (SBN 151514)
taniarose@gmail.com
**LAW OFFICE OF TANIA ROSE**
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Telephone:  (415) 986-1338
Telecopier:   (415) 986-1231

Demetrios Anaipakos (*Pro Hac Vice*)
danaipakos@azalaw.com
Benjamin F. Foster (*Pro Hac Vice* Application Forthcoming)
bfoster@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone:  (713) 655-1101
Telecopier:   (713) 655-0062

Attorneys for Plaintiff MIKE MAPLES, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MAPLES, JR.,<br><br>       Plaintiff,<br><br>  vs.<br><br>SOLARWINDS, INC., and DOES 1-5,<br><br>       Defendants. | CASE NO. 12-06066 SBA<br><br>[Magistrate Judge Donna M. Ryu]<br><br>**STIPULATION AND ORDER (AS MODIFIED) SETTING SETTLEMENT CONFERENCE FOR JULY 15, 2013** |

# STIPULATION

Plaintiff Mike Maples, Jr. ("Plaintiff") and defendant SolarWinds, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate to schedule a settlement conference for July 15, 2013, at 10:00 a.m. Good cause exists as follows:

WHEREAS, on March 8, 2013, the Court issued the Amended Order of Reference ("Amended Order"), referring the case to Magistrate Judge Donna Ryu for a settlement conference to take place within ninety days of the order (i.e., June 4, 2013), or as soon thereafter as is convenient to the court's calendar;

WHEREAS, on March 27, 2013, the Parties submitted a stipulation and order to modify the Amended Order to extend the completion date for the settlement conference by thirty days;

WHEREAS, on March 29, 2013, the Court approved the Parties' stipulation and modified its Amended Order to extend the completion date by thirty days, from June 4, 2013 to July 4, 2013, or as soon thereafter as is convenient to the court's calendar;

WHEREAS, on March 29, 2013, the Magistrate Judge issued a Notice of Settlement Conference and Settlement Conference Order ("Settlement Conference Order"), scheduling the settlement conference for June 28, 2013;

WHEREAS, on April 5, 2013, pursuant to the Settlement Conference Order, Defendant filed a notice of Defendant's counsel's unavailability for settlement conference on June 28, 2013, and stated that it would coordinate with the Magistrate Judge and Plaintiff to re-schedule the settlement conference;

WHEREAS, the next settlement conference date that all Parties, their counsel and the Magistrate Judge are available is July 15, 2013, at 10:00 a.m.;

WHEREAS, in light of the above, the Parties request that the settlement conference be scheduled for July 15, 2013, at 10:00 a.m.

///

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective counsel of record, subject to approval by the Magistrate Judge, that the settlement conference is scheduled for July 15, 2013, at 10:00 a.m.

IT IS SO STIPULATED.

Dated:  May 1, 2013                LAW OFFICE OF TANIA ROSE

                                   By:   s/ Tania Beth Rose
                                   Attorneys for Plaintiff MIKE MAPLES, JR.

Dated:  May 1, 2013                KATTEN MUCHIN ROSENMAN LLP

                                   By:   s/ Zia F. Modabber
                                   Attorneys for Defendant SOLARWINDS, INC.

# **ORDER**

The Magistrate Judge has considered the Parties' stipulation and, finding good cause therefore, approves the stipulation and schedules the settlement conference for July 15, 2013 at 10:00 a.m. **Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated March 29, 2013.** *See* **Docket No. 24.**

IT IS SO ORDERED.

Dated: May 1, 2013

_____
DONNA M. RYU
United States Magistrate Judge