Zia F. Modabber (SBN 137388)
zia.modabber@kattenlaw.com
Gloria C. Franke (SBN 246390)
gloria.franke@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:   310.788.4471

Attorneys for Defendant SOLARWINDS, INC.

Tania Rose (SBN 151514)
taniarose@gmail.com
**LAW OFFICE OF TANIA ROSE**
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Telephone:  (415) 986-1338
Telecopier:   (415) 986-1231

Demetrios Anaipakos (*Pro Hac Vice*)
danaipakos@azalaw.com
Benjamin F. Foster (*Pro Hac Vice* Application Forthcoming)
bfoster@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone:  (713) 655-1101
Telecopier:   (713) 655-0062

Attorneys for Plaintiff MIKE MAPLES, JR.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE MAPLES, JR.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SOLARWINDS, INC., and DOES 1-5,<br><br>　　　　Defendants. | CASE NO. 12-06066 SBA<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES** |

C

Having considered the parties' stipulation and finding good cause therefore, the Court hereby approves the stipulation and continues trial and the pretrial dates in this case as follows:

1. The trial of this mater shall be continued from March 31, 2014 to **June 2, 2014**.

2. All pretrial dates shall be continued accordingly, including the following:

   a. The non-expert discovery cut-off and expert disclosure deadline shall be continued from October 29, 2013 to **January 28, 2014**.

   b. The expert discovery cut-off shall be continued from December 24, 2013 to **March 4, 2014**.

   c. The motion cut-off shall be continued from January 14, 2014 to **3/25/14**.

   d. The pretrial preparation deadline is continued from February 4, 2014 to **4/22/14**. Motions in limine/objections to evidence due **4/29/14**; Responses due **5/6/14**; Replies due **5/13/14**.

   e. The pretrial conference shall be continued from March 11, 2014, at 1:00 p.m. to **5/27/14**.

   f. Final mandatory settlement conference: **4/31-5/18/14.**

IT IS SO ORDERED.

Dated: 10/21/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1

[PROPOSED] ORDER