Zia F. Modabber (SBN 137388)
zia.modabber@kattenlaw.com
Tami Kameda Sims (SBN 245628)
tami.sims@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:   310.788.4471

Attorneys for Defendant
SOLARWINDS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MAPLES, JR. | CASE NO. 12-06066 SBA |
| Plaintiff, | (Hon. Saundra Brown Armstrong) |
| vs. | [PROPOSED] ORDER GRANTING DEFENDANT SOLARWINDS, INC.'S MOTION TO CHANGE TIME OF THE PARTIES' EXPERT WITNESS DISCLOSURE DEADLINE |
| SOLARWINDS, INC., and DOES 1-5, | |
| Defendants. | |

[PROPOSED] ORDER

Having considered defendant SolarWinds, Inc.'s ("SolarWinds") Motion to Change Time and finding good cause therefore, the Court hereby approves the request as follows:

1. The expert disclosure deadline is continued from February 4, 2014 to February 14, 2014.

2. The rebuttal expert disclosure deadline is continued from February 18, 2014 to February 28, 2014.

IT IS SO ORDERED.

Dated: 2/11/14

SAUNDRA BROWN ARMSTRONG
United States District Judge

1
[PROPOSED] ORDER