UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIKE MAPLE, JR.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SOLARWINDS, INC., and DOES 1-5,<br><br>　　　　Defendants. | Case No: C 12-6066 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Dkt. 47, 51 |

　　　　Good cause appearing,

　　　　IT IS HEREBY ORDERED THAT:

　　　　1.　　Plaintiff's motion to modify the briefing schedule on Defendant's motion for summary judgment is GRANTED.  The deadlines for the opposition and reply briefs are now <u>April 3, 2014</u>, and <u>April 10, 2014</u>, respectively.  The motion hearing is CONTINUED from March 25, 2014, to **April 29, 2014 at 1:00 p.m.**  The Court, in its discretion, may resolve the motion without oral argument.  Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether a court appearance is required.

　　　　2.　　To accommodate the new motion hearing date, the following dates previously set in the Order for Pretrial Preparation (Dkt. 19) are modified as follows:

　　　　　　　a.　　Pretrial Preparation due:  6/3/14

　　　　　　　b.　　Motions in Limine/Objections to Evidence due:  6/10/14

　　　　　　　c.　　Responses due:  6/17/14

　　　　　　　d.　　Replies due:  6/24/14

　　　　　　　e.　　Pretrial Conference:  7/15/14 at 1:00 p.m.

　　　　　　　f.　　Trial:  7/21/14 at 8:30 a.m.

　　　　　　　g.　　Mandatory Settlement Conference:  5/5/14-5/30/14

All other dates and deadlines in the Order for Pretrial Preparation shall remain unchanged.  This Order terminates Docket 47 and 51.

IT IS SO ORDERED.

Dated:  March 3, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge