UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKE MAPLES JR       No. C-12-06066 SBA (DMR)

      Plaintiff(s),    **ORDER VACATING SETTLEMENT CONFERENCE**

  v.

SOLARWINDS INC

      Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of ongoing telephonic settlement discussions, the May 30, 2014 settlement conference before Magistrate Judge Donna M. Ryu is VACATED. The court will set a further settlement conference if appropriate.

Dated: May 29, 2014

_____
DONNA M. RYU
United States Magistrate Judge

IT IS SO ORDERED