UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIKE MAPLE, JR.,<br><br>  Plaintiff,<br><br>  vs.<br><br>SOLARWINDS, INC., and DOES 1-5,<br><br>  Defendants. | Case No: C 12-6066 SBA<br><br>**ORDER**<br><br>Dkt. 73 |

In view of Magistrate Judge Ryu's Order vacating the settlement scheduled for May 30, 2014, the Court DENIES AS MOOT Defendant Solarwinds, Inc.'s Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Ryu Granting Plaintiff's Motion Regarding the Settlement Conferences.

IT IS SO ORDERED.

Dated: May 30, 2014

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge