Zia F. Modabber (SBN 137388)
zia.modabber@kattenlaw.com
Tami Kameda Sims (SBN 245628)
tami.sims@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:   310.788.4471

Attorneys for Defendant
SOLARWINDS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MAPLES, JR. | CASE NO. 12-06066 SBA |
| Plaintiff, | (Hon. Saundra Brown Armstrong) |
| vs. | **ORDER GRANTING DEFENDANT SOLARWINDS, INC.'S MOTION TO CHANGE TIME TO CONTINUE THE PRE-TRIAL, CONFERENCE, TRIAL AND RELATED DATES** |
| SOLARWINDS, INC., and DOES 1-5, | |
| Defendants. | [*Motion to Change Time and Declaration of Nicholas Gross filed concurrently herewith*] |

[PROPOSED] ORDER

Having considered defendant SolarWinds, Inc.'s ("SolarWinds") Motion to Change Time and Plaintiff's opposition thereto, the Court GRANTS SolarWinds' motion as follows:

1. The Pretrial Conference is continued from July 15, 2014 to <u>August 26, 2014</u> at 1:00 p.m.

2. Trial is continued from July 21, 2014 at 8:30 a.m. to <u>September 22, 2014 at 8:30 a.m.</u>

3. The deadline to file all Pretrial Preparation documents is continued from June 17, 2014 to <u>July 8, 2014</u>.

4. The deadline to file Motions in Limine/Objections to Evidence is continued from June 10, 2014 to <u>July 15, 2014</u>.

5. The deadline for responses to Motions in Limine/Objections to Evidence is continued from June 17, 2014 to <u>July 22, 2014</u>.

6. The deadline for replies to Motions in Limine/Objections to Evidence is continued from June 24, 2014 to <u>July 29, 2014</u>.

IT IS SO ORDERED.

Dated: June 9, 2014

SAUNDRA BROWN ARMSTRONG
United States District Judge