Tania Rose (SB# 151514)
taniarose@gmail.com
LAW OFFICE OF TANIA ROSE
353 Sacramento Street, Suite 1140
San Francisco, California 94111
Telephone: (415) 986-1338
Telecopier: (415) 986-1231

Demetrios Anaipakos (*Pro Hac Vice*)
danaipakos@azalaw.com
Benjamin F. Foster (*Pro Hac Vice*)
bfoster@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS,
    ALAVI & MENSING P.C.
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone: (713) 655-1101
Telecopier: (713) 655-0062

ATTORNEYS FOR PLAINTIFF MIKE MAPLES

Zia F. Modabber (SBN 137388)
Zia.modabber@kattenlaw.com
Gloria C. Franke (SBN 246390)
gloria.franke@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Telecopier: (310) 788-4471

ATTORNEYS FOR DEFENDANT SOLARWINDS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE MAPLES,<br><br>        Plaintiff,<br><br>    v.<br><br>SOLARWINDS, INC. and DOES ONE through FIVE, inclusive,<br><br>        Defendants. | Case No.  12-06066 SBA<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL DATES** |

1
[PROPOSED] ORDER

Having considered the parties' stipulation and finding good cause therefore, the Court hereby approves the stipulation and continues the pretrial dates in this case as follows:

    1.    The deadline to file all Pretrial Preparation documents is continued from July 8, 2014 to <u>July 29, 2014.</u>

    2.    The deadline to file Motions in Limine/Objections to Evidence is continued from July 15, 2014 to <u>August 5, 2014</u>.

    3.    The deadline for responses to Motions in Limine/Objections to Evidence is continued from July 22, 2014 to <u>August 13, 2014</u>.

    4.    The deadline for replies to Motions in Limine/Objections to Evidence is continued from July 29, 2014 to <u>August 19, 2014</u>.

    IT IS SO ORDERED

Dated: _____6/26/2014_____ _____
United States District Judge