UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIKE MAPLES, JR.,<br><br>           Plaintiff,<br><br>     vs.<br><br>SOLARWINDS, INC., and DOES 1-5,<br><br>           Defendants. | Case No:  C 12-6066 SBA<br><br>**ORDER VACATING TRIAL DATE AND SETTING CASE MANAGEMENT CONFERENCE** |

1. The trial date, pretrial conference and schedule for the filing of pretrial documents are VACATED.

2. The parties shall appear for telephonic Case Management Conference on **August 13, 2014, at 2:45 p.m.**  At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.[1]  The joint statement shall include proposed dates for rescheduling trial.

3. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

---

[1] See http://www.cand.uscourts.gov/sbaorders.

| | |
|---|---|
| 1 | 4. The Court notes that the parties may consent at any time to reassignment of |

      4.      The Court notes that the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). This option is being made available because it may result in an earlier trial date. The parties are hereby DIRECTED to advise the Court, in writing, no later than **August 4, 2014**, whether they consent to have a magistrate judge conduct all further proceedings in the instant action. The parties are advised that they may jointly request reassignment to a specific magistrate judge. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. In the event the parties consent to a magistrate judge, the Case Management Conference scheduled above will be vacated, and the trial date and related deadlines will be determined by the assigned magistrate judge.

      IT IS SO ORDERED.

Dated: July 28, 2014

                                                          *Saundra B Armstrong*
                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge