1  Tania Rose (SB# 151514)
2  taniarose@gmail.com
   LAW OFFICE OF TANIA ROSE
3  353 Sacramento Street, Suite 1140
   San Francisco, California 94111
4  Telephone:          (415) 986-1338
   Telecopier:         (415) 986-1231
5

6  Demetrios Anaipakos (*Pro Hac Vice*)
   danaipakos@azalaw.com
7  Benjamin F. Foster (*Pro Hac Vice*)
   bfoster@azalaw.com
8  AHMAD, ZAVITSANOS, ANAIPAKOS,
         ALAVI & MENSING P.C.
9  1221 McKinney Street, Suite 3460
   Houston, Texas 77010
10 Telephone:          (713) 655-1101
   Telecopier:         (713) 655-0062
11

12 ATTORNEYS FOR PLAINTIFF MIKE MAPLES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MAPLES, | Case No. 12-06066 SBA |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| SOLARWINDS, INC. and DOES ONE through FIVE, inclusive, | Trial Date: 6/2/2014 |
| Defendants. | |

1

[PROPOSED] ORDER

1  Having considered Plaintiff Mike Maples' ("Maples") Motion to File Documents Under Seal and
2  finding good cause therefore, the Court hereby GRANTS the Motion.
3  IT IS SO ORDERED.
4  Dated: _____8/4/2014_____    _____
5                                     SAUNDRA BROWN ARMSTRONG
                                       United States District Judge