UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MAPLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOLARWINDS, INC.,<br><br>　　　　Defendant. | Case No.  12-cv-06066-SBA<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

　　　IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge **Cousins** for a settlement conference to be held within 60 days.  The prior referral is vacated.

Dated:  9/24/2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge