1  Zia F. Modabber (SBN 137388)
   zia.modabber@kattenlaw.com
2  Tami Kameda Sims (SBN 245628)
3  tami.sims@kattenlaw.com
   **KATTEN MUCHIN ROSENMAN LLP**
4  2029 Century Park East, Suite 2600
5  Los Angeles, CA 90067-3012
   Telephone:  310.788.4400
6  Facsimile:   310.788.4471
7
   Attorneys for Defendant SOLARWINDS, INC.
8
9  Tania Rose (SBN 151514)
   taniarose@gmail.com
10 **LAW OFFICE OF TANIA ROSE**
   353 Sacramento Street, Suite 1140
11 San Francisco, CA 94111
   Telephone:  (415) 986-1338
12 Telecopier:  (415) 986-1231

13 Demetrios Anaipakos (*Pro Hac Vice*)
   danaipakos@azalaw.com
14 Benjamin F. Foster (*Pro Hac Vice* Application Forthcoming)
   bfoster@azalaw.com
15 **AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**
   1221 McKinney Street, Suite 3460
16 Houston, Texas 77010
   Telephone:  (713) 655-1101
17 Telecopier:  (713) 655-0062

18 Attorneys for Plaintiff MIKE MAPLES, JR.

19                **UNITED STATES DISTRICT COURT**
20                **NORTHERN DISTRICT OF CALIFORNIA**
21

| | |
|---|---|
| MIKE MAPLES, JR. ) | CASE NO. 12-06066 SBA |
| Plaintiff, ) | **ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES** |
| vs. ) | |
| SOLARWINDS, INC., and DOES 1-5, ) | |
| Defendants. ) | |

[PROPOSED] ORDER

Having considered the parties' stipulation and finding good cause therefore, the Court hereby approves the stipulation and continues trial and the pretrial dates in this case as follows:

1. The trial of this mater shall be continued from January 21, 2015 to May 4, 2015.

2. All pretrial dates shall be continued accordingly, including the following:

   a. The deadline to complete mediation is continued from November 21, 2014 to February 27, 2015.

   b. The final pretrial conference is continued from January 12, 2015 to April 22, 2015.

   c. The pretrial preparation deadline is continued from November 24, 2014 to March 23, 2015.

   d. The deadline to file motions *in limine* is continued from December 9, 2014 to March 30, 2015.

   e. The deadline to file oppositions to motions *in limine* is continued from December 16, 2014 to April 6, 2015.

   f. The deadline to file replies in support of motions *in limine* is continued from December 23, 2014 to April 13, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 25, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1

[PROPOSED] ORDER