UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIKE MAPLES,<br>        Plaintiff,<br>  v.<br>SOLARWINDS, INC.,<br>        Defendant. | Case No. 12-cv-06066-SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by no later than ninety (90) days from the date this Order is filed. All scheduled dates, including the trial and pretrial dates, are VACATED.

**IT IS SO ORDERED.**

Dated: August 17, 2015

SAUNDRA BROWN ARMSTRONG
United States District Judge